UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERRY DON JOHNSON, #286979,

    Plaintiff,

v.

Eve Price,

    Defendant,
_____/

Hon. Paul L. Maloney

Case No. 2:20-cv-00137-PLM-MV

## ORDER

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On March 31, 2021, an early mediation conference took place involving plaintiff. As a result of that mediation conference the parties have agreed to settle this matter in its entirety. (ECF No. 14). Accordingly,

**IT IS ORDERED** that this case be **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Jerry Don Johnson #286979, shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fee.

**IT IS SO ORDERED**.

Date: April 7, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge